DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
LANCASTER, AARON SCOTT

Case No. 08-01568-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $5.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| LANCASTER, AARON SCOTT | 4601 W POWERHOUSE RD APT 88 YAKIMA, WA 98908 | $5.00 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487485    8/20/10    $5.00